NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA,
*Appellee*,

v.

ADONIS EUGENE JONES,
*Appellant*.

No. 1 CA-CR 19-0694
FILED 02-04-2021

Appeal from the Superior Court in Maricopa County
No.  CR2018-114289-002
The Honorable Aryeh D. Schwartz, Judge

**AFFIRMED**

COUNSEL

Arizona Attorney General's Office, Phoenix
By Linley Wilson
*Counsel for Appellee*

Maricopa County Public Defender's Office, Phoenix
By Thomas K. Baird
*Counsel for Appellant*

---

## MEMORANDUM DECISION

Judge David D. Weinzweig delivered the decision of the Court, in which Presiding Judge Samuel A. Thumma and Judge D. Steven Williams joined.

---

**W E I N Z W E I G**, Judge:

¶1        Adonis Eugene Jones appeals his conviction and sentence for resisting arrest.   After searching the record and finding no arguable, non-frivolous question of law, Jones' counsel filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *State v. Leon*, 104 Ariz. 297 (1969), asking this Court to search the record for fundamental error.  Jones had a chance to file a supplemental brief but did not.  We affirm Jones' conviction and sentence after reviewing the record.

### FACTS AND PROCEDURAL BACKGROUND

¶2        In March 2018, Police officers approached Jones at a bus stop in Phoenix, asked for his name and learned he had an outstanding warrant. Jones resisted arrest and injured an officer.  Incident to the arrest, officers searched Jones and found some marijuana in his pocket.

¶3        The State charged Jones with aggravated assault, resisting arrest and possession of marijuana.  The State also alleged Jones' prior convictions and felony probation status as aggravating circumstances under A.R.S. § 13-708(C).  Jones pled not guilty on all charges.  After a five-day trial, the jury acquitted Jones of aggravated assault and convicted him of resisting arrest, but could not reach a verdict on the marijuana possession charge, which the trial court ultimately dismissed.  Jones stipulated to two historical prior felony convictions.  The court sentenced Jones to three years in prison, giving him 633 days' presentence incarceration credit. Jones timely appealed. We have jurisdiction. *See* Ariz. Const. art. 6, § 9; A.R.S. §§ 12-120.21(A)(1), 13-4031 and -4033(A)(1).

### DISCUSSION

¶4        We have read and considered counsel's brief and have reviewed the record for reversible error. *See Leon*, 104 Ariz. at 300.  We find none.  Jones was present at all stages of the proceedings against him, except for the final trial management conference when his presence was waived.

He was represented by counsel at all critical stages. The record reflects that the superior court afforded Jones all his constitutional and statutory rights and that the proceedings were conducted in accordance with the Arizona Rules of Criminal Procedure. The court conducted appropriate pretrial hearings, and the evidence presented at trial and summarized above was enough to support the jury's verdict. Jones' sentence falls within the range prescribed by law.

## CONCLUSION

**¶5** Jones' conviction and sentence are affirmed. Counsel's obligations in this appeal will end once Jones is informed of the outcome and his future options, unless counsel finds an issue appropriate for submission to the Arizona Supreme Court by petition for review. *See State v. Shattuck*, 140 Ariz. 582, 584-85 (1984). On this court's motion, Jones has 30 days from the date of this decision to proceed with a pro se motion for reconsideration or petition for review.

